IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-02288-LTB-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff and Counterclaim Defendant,

v.

KIM MINOR, an individual,

    Defendant and Counterclaimant.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion for Leave to Amend Answer to Counterclaim to Add Affirmative Defense (Doc 54 - filed December 7, 2007) is **DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.L.CivR 7.1(A)**.

Dated: December 11, 2007
_____