IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02288-LTB-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff, Counterclaim Defendant

vs.

KIM MINOR, an individual.

    Defendant and Counterclaimant.
_____

ORDER
_____

Upon Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Leave to Amend Answer to Counterclaim to Add Affirmative Defense (Doc 75 - filed January 10, 2008), Plaintiff's Renewed Motion to Amend Answer to Counterclaim to Add Affirmative Defense (Doc 59) is GRANTED.

                                            BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED: January 11, 2008