IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02288-LTB-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Plaintiff,

v.

KIM MINOR,

Defendant.

**MINUTE ORDER**

      It is hereby ORDERED that Defendant Kim Minor's Unopposed Motion for Enlargement of Time to File Her F.R.C.P. [sic] 26(a)(2) Specially Retained Expert Disclosures (docket no. 70) is GRANTED as follows. Defendant Kim Minor shall make her Fed. R. Civ. P. 26(a)(2) disclosures by February 15, 2008. The Rule 16 Scheduling Order is amended consistent with this minute order.

      It is FURTHER ORDERED that Plaintiff's Motion for Reconsideration Regarding Order Regarding Plaintiff's Motion for Sanctions (docket no. 49) is GRANTED and Defendant Kim Minor shall reimburse Plaintiff's counsel for its payment to Avery Woods in the amount of $117.50 on or before January 28, 2008. This court's Order Regarding Plaintiff's Motion for Sanctions (docket no. 35) is amended consistent with this minute order.

      The Defendant Kim Minor did not file any response to this motion (docket no. 49) and this court deems such motion (docket no. 49) confessed. Moreover, the court finds that Defendant Kim Minor canceled the deposition "on site" after the court reporter and videographer set up. There was no lack of communication on Plaintiff's side that resulted in the cost shown on the invoice. Accordingly, the Defendant Kim Minor should bear the entire expense for failing to notify her court reporter and videographer that the deposition would not go forward. *See* exhibit A attached to the subject motion (docket no. 49).

Date: January 14, 2008