IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02288-LTB-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Plaintiff,

v.

KIM MINOR,

Defendant.

---

ORDER REGARDING
PLAINTIFF'S MOTION FOR EXAMINATION PURSUANT TO FED. R. CIV. P. 35
(DOCKET NO. 74)

---

**Entered by Magistrate Judge Michael J. Watanabe**

This matter is before the court on Plaintiff's Motion for Examination Pursuant to Fed. R. Civ. P. 35 (docket no. 74). The court has reviewed the subject motion (docket no. 74) and the response (docket no. 81). In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law, and order.

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

Initially, the court finds that Defendant Kim Minor has placed her mental and physical conditions in controversy based upon the pleadings and Defendant Minor's responses to written discovery. In particular, Defendant Minor asserts in her Counterclaim a breach of contract claim against Plaintiff American Family. Defendant

Minor claims that Plaintiff American Family failed and refused to make payment in accordance with the terms of the insurance policy and that as a direct result of the breach, Defendant Minor has suffered economic damages and/or losses. *See* Defendant Minor's Counterclaim (docket no. 4) paragraphs 18 and 21 and exhibits D and E attached to the subject motion (docket no. 74).

Pursuant to Fed. R. Civ. P. 35, the court may order a party to submit to a mental examination by a suitably licensed or certified examiner when a party places her mental condition in controversy. Here, Defendant Minor has placed her mental condition in controversy, and Plaintiff American Family is entitled to defend the Counterclaim for breach of contract and has further demonstrated good cause to obtain an examination by a psychologist pursuant to Fed. R. Civ. P. 35. Furthermore, Plaintiff American Family has demonstrated that Stephen S. Kalat, Ph.D., is qualified to perform such independent medical examination. *See* exhibit F attached to the subject motion (docket no. 74).

**ORDER**

**WHEREFORE**, based upon these findings of fact and conclusions of law, this court **ORDERS**:

1. That Plaintiff's Motion for Examination Pursuant to Fed. R. Civ. P. 35 (docket no. 74) is **GRANTED**;

2. That Stephen S. Kalat, Ph.D., 9745 East Hampton Avenue, Suite 200, Denver, Colorado 80231, (303) 321-7102, shall conduct the independent medical examination on Defendant Kim Minor at his

office;

3. That such IME shall be conducted consistent with the parameters as outlined in the letter from Plaintiff America Family's counsel, Martha C. Ferris, dated January 4, 2008, to Mr. Bachus and Ms. McGraw. *See* exhibit C attached to the subject motion (docket no. 74) which this court incorporates by reference as part of this order;

4. That Plaintiff American Family shall initially pay the cost for such IME;

5. That the parties shall meet and confer forthwith to set the date and time for such IME;

6. That no third parties may be present during the IME examination, and no tape recording of such IME will be permitted; and,

6. That each party shall pay their own attorney fees and costs for this motion.

Done this 23rd day of January 2008.

BY THE COURT

s/ Michael J. Watanabe
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE