IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02288-LTB-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Plaintiff(s),

v.

KIM MINOR,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion to Modify the Scheduling Order to Enlarge Time for Expert and Two Continued Depositions (docket no. 98) is GRANTED finding good cause shown. The discovery deadline is extended for the limited purpose of completing the depositions of Marianne Criswell and Tim Sprecher until May 14, 2008. The Rule 16 Scheduling Order is amended consistent with this minute order.

Date: March 18, 2008