IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02288-LTB-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Plaintiff(s),

v.

KIM MINOR,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Plaintiff's Motion for Leave to File Sur-Reply to Defendant's Amended Reply in Support of Defendant's Motion to Compel, (DN 110) filed with the Court on March 31, 2008, is DENIED.

Date: April 2, 2008