IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 06-cv-02288-LTB-MJW | FTR |
| **Date:** April 15, 2008 | Shelley Moore, Deputy Clerk |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | Martha C. Ferris |
| Plaintiff(s), | |
| v. | |
| KIM MINOR, | J. Kyle Bachus |
| | Angela E. McGraw |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING / STATUS CONFERENCE**

**Court in Session 9:25 a.m.**

Court calls case. Appearances of counsel.

9:25 a.m.   Mr. Bachus presents argument on Defendant's Motion to Compel (document 91).

9:35 a.m.   Ms. Ferris presents responsive argument.

10:06 a.m.  Mr. Bachus presents rebuttal argument.

**ORDERED:**  Defendant's Motion to Compel (document 91) is **TAKEN UNDER ADVISEMENT**.

Mr. Bachus makes statements concerning the outstanding depositions.

Defendant makes Oral Motion to Extend Discovery Deadlines.

**ORDERED:**  Defendant's Oral Motion to Extend Discovery Deadlines is GRANTED. The discovery deadline is extended to June 30, 2008. The dispositive motion deadline remains set on May 15, 2008.

**ORDERED:**  The **Final Pretrial Conference** previously set for May 15, 2008, is VACATED and RESET to **July 23, 2008, at 9:00 a.m.** The proposed final pretrial order is due by July 18, 2008.

**Court in recess 10:31 a.m.**
Total In-Court Time 1:06, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.