IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02288-LTB-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

Plaintiff, Counterclaim Defendant

vs.

KIM MINOR, an individual.

Defendant and Counterclaimant.

_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 129 - filed June 25, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: June 26, 2008